ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| JOSHUA WILLIAM JACKSON | |

**INDICTMENT**

3-16CR-0196L

<u>Count One</u>
Illegal Receipt of a Firearm by a Person Under Indictment
(Violation of 18 U.S.C. § 922(n) and 924(a)(1)(D))

From on or about December 14, 2014 through on or about April 27, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Joshua William Jackson**, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Theft of Property in Case Number 09-DCR-051718 in the 400th Judicial District Court in Fort Bend County, Texas, did willfully receive firearms, namely an HS Products d.b.a Springfield Armory XDS-45ACP, semi-automatic .45 ACP pistol and an HS Products d.b.a. Springfield Armory XDS-9 semi-automatic 9mm pistol, said firearms having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

**Indictment - Page 1**

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count Two of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Joshua William Jackson**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense.  This property includes, but is not limited to the following:

(1)   an HS Products d.b.a Springfield Armory XDS-45ACP semi-automatic .45 ACP pistol;

(2)   an HS Products d.b.a. Springfield Armory XDS-9 semi-automatic 9mm pistol; and

(3)   any ammunition collected with the above-listed weapons.

A TRUE BILL

*[signature]*
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

*[signature]*
CARA FOOS PIERCE
Assistant United States Attorney
Texas Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8678
Facsimile: 214.659.8809
Email: cara.pierce@usdoj.gov

**Indictment - Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSHUA WILLIAM JACKSON

INDICTMENT

18 U.S.C. § 922(n) and 924(a)(1)(D)
Illegal Receipt of a Firearm by a Person Under Indictment

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

_/s/ Sean Wilcox_____

FORT WORTH                                                          FOREPERSON

Filed in open court this 18th day of May, 2016.

----------------------------------------------------------

**No Warrant Needed**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:16-MJ-360